UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RAE-ELLA WHITELEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:13-cv-00469-JAW |
| ) | |
| CAROLYN W. COLVIN, *Acting* ) | |
| *Commissioner of Social Security,* ) | |
| ) | |
| Defendant. ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed December 8, 2015 (ECF No. 19), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Motion for Attorney's Fees (ECF No. 16) be and hereby is GRANTED IN PART in the amount of 20%, which results in a fee of $12,944, which is reduced by the $6,000 administrative award for an additional award of $6,944. The award is subject to the requirement that counsel pay Plaintiff $752.26, which is the amount of the Court's earlier award under the Equal Access to Justice Act, 28 U.S. C. § 2412(d)(1)(A).

SO ORDERED.

/s/John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITES STATES DISTRICT JUDGE

Dated December 30, 2015